In the Matter of the Claim of SOL GLICKSMAN, Respondent, against NEW YORK RAPID TRANSIT CORPORATION, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 14, 1932; decided March 29, 1932.)

*A. A. Kraus* and *George D. Yeomans* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin, John R. O'Hanlon* and *Abraham Brekstone* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ.    Not sitting: KELLOGG, J.